UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cody Henderson,

    Plaintiff,

    v.

Village of New Holland, *et al.*,

    Defendants.

Case No. 2:23-cv-3979

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Magistrate Judge recommends the Court dismiss with prejudice only Cody Henderson's ("Plaintiff") claims against Darnell Pate Jr. ("Defendant Pate"), due to Plaintiff's failure to file a proper Suggestion of Death.  R&R, ECF No. 43. The Report and Recommendation ("R&R") notified Plaintiff of his right to object to the recommendation and warned Plaintiff that a failure to object would waive the right to de novo review by the Court as well as the right to appeal the Court's adoption of the R&R.  *Id.* at 3–4.  Plaintiff failed to timely object.

Accordingly, the Court **ADOPTS** the R&R without further review and **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendant Pate.  The Clerk shall terminate ECF No. 43 and terminate Defendant Pate as a party to this case.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT